[Nos. 72642-1-I; 72841-5-I.   Division One.   May 23, 2016.]

TODD NEWLUN, *Respondent* v. RICK SUCEE ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 13-2-00528-6, Deborra Garrett, J., entered October 17, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, J., concurred in by Appelwick and Dwyer, JJ.

[No. 72829-6-I.   Division One.   May 23, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ALAN DELONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-01671-5, John H. Chun, J., entered December 12, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Verellen, C.J., and Trickey, J.

[No. 72855-5-I.   Division One.   May 23, 2016.]

ERIC R. SHIBLEY, *Appellant*, v. KING COUNTY PUBLIC HOSPITAL DISTRICT NO. 4 ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-07424-9, Roger Rogoff, J., entered November 20, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, C.J., and Schindler, J.

[No. 73062-2-I.   Division One.   May 23, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY BELL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-00306-1, Bruce E. Heller, J., entered January 9, 2015. *Affirmed* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Trickey, J.